Timothy J. Jones, OSB No. 890654
Email: tim@timjonespc.com
**TIM JONES PC**
888 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Phone: (503) 374-1414
Facsimile: (971) 925-9034

John M. Coletti, OSB No. 942740
E-mail: john@paulsoncoletti.com
**PAULSON COLETTI TRIAL ATTORNEYS PC**
1022 NW Marshall Street, Suite 450
Portland, Oregon 97209
Phone: (503) 226-6361
Facsimile: (503) 226-6276

Shenoa L. Payne, OSB No. 084392
E-mail: spayne@paynelawpdx.com
**SHENOA PAYNE ATTORNEY AT LAW PC**
805 SW Broadway, Ste 470
Portland, Oregon 97205
Phone: (503) 517-8203
Facsimile: (503) 296-2296

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN,** Co- Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br>    Plaintiffs,<br>  v.<br><br>**CORIZON HEALTH, INC.**, a Delaware Corporation; **CORIZON HEALTH, INC.**, a Tennessee Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE ONEIL**, an individual; **CJ BUCHANAN**, an individual; | Case No.: 3:16-cv-02235-AA<br><br>**DECLARATION OF TIMOTHY J. JONES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

Page 1 – DECLARATION OF TIMOTHY J. JONES

**LOUISA DURU**, an individual; **MOLLY JOHNSON,** an individual, **COURTNEY NYMAN**, an individual; **PAT GARRETT**, in his capacity as Sheriff for Washington County; **JOHN DOES 1-10**; and **JANE DOES 1-10**,

     Defendants.

I, Timothy J. Jones, do declare and state as follows:

1.    I am one of the attorneys representing plaintiffs in this matter. I make the below statements based on personal knowledge and am competent to testify to the same.

2.    On February 13, 2017, I conferred with Corizon's counsel, Richard Hansen, regarding discovery related to the Sentinel Event investigation. Attached as Exhibit A is a letter I sent to Mr. Hansen regarding our conferral.

3.    I conferred with Mr. Hansen several other times regarding discovery related to the Sentinel Event investigation conducted by Corizon and gave Corizon notice that plaintiffs would file a motion to compel regarding such discovery. Attached as Exhibit B is a letter to Ms. Hansen memorializing our conferral regarding such discovery.

4.    Attached as Exhibit C is a true and correct copy of defendant Corizon's Policy and Procedure on the Sentinel Event Review Process: DOC Contracts, Effective 01/01/13, Bates Nos. CORIZON007175-79.

5.    Plaintiffs have a substantial need for documents related to defendants' investigation conducted into Ms. Pitkin's death. Plaintiffs cannot obtain the facts resulting form the investigation – defendant's findings as to what happened related to Ms. Pitkin's, what policies and procedures caused the death and whether the death was preventable, from any other equivalent source.

Page 2 – DECLARATION OF TIMOTHY J. JONES

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 20th day of October, 2017.

/s/ Timothy J. Jones
Timothy J. Jones, OSB No. 890654
**TIM JONES PC**
888 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Phone: (503) 374-1414
tim@timjonespc.com

Of Attorneys for Plaintiffs

Page 3 – DECLARATION OF TIMOTHY J. JONES