Timothy J. Jones, OSB No. 890654
Email:  tim@timjonespc.com
**TIM JONES PC**
888 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Phone: (503) 374-1414
Facsimile: (971) 925-9034

John M. Coletti, OSB No. 942740
E-mail: john@paulsoncoletti.com
**PAULSON COLETTI TRIAL ATTORNEYS PC**
1022 NW Marshall Street, Suite 450
Portland, Oregon 97209
Phone: (503) 226-6361
Facsimile: (503) 226-6276

Shenoa L. Payne, OSB No. 084392
E-mail:  spayne@paynelawpdx.com
**SHENOA PAYNE ATTORNEY AT LAW PC**
805 SW Broadway, Ste 470
Portland, Oregon 97205
Phone: (503) 517-8203
Facsimile:  (503) 296-2296

                    Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN,** Co- Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br>                    Plaintiffs,<br>         v.<br><br>**CORIZON HEALTH, INC.**, a Delaware Corporation; **CORIZON HEALTH, INC.**, a Tennessee Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE ONEIL**, an individual; **CJ BUCHANAN**, an individual; | Case No.:  3:16-cv-02235-AA<br><br>**DECLARATION OF JOHN M. COLETTI IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

Page 1 – DECLARATION OF JOHN M.
            COLETTI

**LOUISA DURU**, an individual; **MOLLY JOHNSON,** an individual, **COURTNEY NYMAN**, an individual; **PAT GARRETT**, in his capacity as Sheriff for Washington County; **JOHN DOES 1-10**; and **JANE DOES 1-10**,

      Defendants.

I, John M. Coletti, do declare and state as follows:

1.      I am one of the attorneys representing plaintiffs in this matter.  I make the below statements based on personal knowledge and am competent to testify to the same.

2.      Attached as Exhibit A is a true and correct copy of excerpts from Defendant Corizon's Response to Plaintiff's First Request for Production of Documents.

3.      Attached as Exhibit B is a true and correct copy of excerpts from Defendant Corizon's Response to Plaintiffs' Second Request for Production of Documents.

4.      On September 6, 2017, I conferred with Corizon's counsel Richard Hansen via telephone and via email regarding outstanding discovery issues and gave notice that plaintiffs would file a motion to compel.  Attached as Exhibit C is a true and correct copy of the email I sent to Mr. Hansen.

5.      Attached as Exhibit D is a true and correct copy of Corizon's revised privilege log.

6.      Attached as Exhibit E is a true and correct copy of excerpts of the Deposition of Debbie Fye, taken on April 24, 2017.

:::

:::

:::

Page 2 – DECLARATION OF JOHN M.
      COLETTI

7.      Attached as Exhibit F is a true and correct copy of the contract between

Washington County and Corizon.  The contract was extended for an additional two-year renewal

period, from July 1, 2013 - June 30, 2015, via the Eighth Amendment to the contract, a true copy

of which is attached as Exhibit G.

8.      Attached as Exhibit H is a true and correct copy Standard J-A-10 of the National

Commission on Correctional Health Care.

9.      Attached as Exhibit I is a true and correct copy of the Order in *Johnson v. Corizon*

*Health, Inc.*, No. 6:13-cv-01855-TC (D. Or. June 12, 2014).

10.     Attached as Exhibit J are true and correct copies of news articles detailing

thousands of lawsuits across the nation against defendant Corizon.

11.     Attached as Exhibit K is a true and correct copy of a document produced by

Corizon, Bates No. CORIZON007174, providing a list of "Claims for Death" against Corizon

from 1/1/10 through 4/24/2014.

12.     Attached as Exhibit L is a true and correct copy of defendant Corizon's Response

to Plaintiffs' Third Request for Production.

13.     On October 17, 2017, I conferred with Mr. Hansen via telephone regarding

Corizon's refusal to provide documents related to the Board of Nursing investigation and the

depositions in the *Johnson* case and gave notice that plaintiffs would file a motion to compel

regarding the documents in dispute.  Mr. Hansen followed up via email on October 19th

confirming that Corizon would not provide the documents. Attached as Exhibit M is a true and

correct copy of the October 19, 2017 email communication.

:::

:::

Page 3 – DECLARATION OF JOHN M.
     COLETTI

SHENOA PAYNE ATTORNEY AT LAW PC
805 SW BROADWAY, STE 470
PORTLAND, OREGON 97205
(503) 517-8203 / (503) 296/2296
www.paynelawpdx.com

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST

OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE

AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 20th day of October, 2017.

/s/ John M. Coletti
John M. Coletti, OSB No. 942740
**PAULSON COLETTI TRIAL ATTORNEYS PC**
1022 NW Marshall Street, Suite 450
Portland OR 97209
(503) 226-6361
john@paulsoncoletti.com

Of Attorneys for Plaintiffs

Page 4 – DECLARATION OF JOHN M.
        COLETTI

SHENOA PAYNE ATTORNEY AT LAW PC
805 SW BROADWAY, STE 470
PORTLAND, OREGON 97205
(503) 517-8203 / (503) 296/2296
www.paynelawpdx.com