**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Nathan D. Sramek**, OSB #140173
Email: nsramek@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Defendants, Corizon Health, Inc., Joseph McCarthy, MD, Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson, and Courtney Nyman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN**, Co-Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>**CORIZON HEALTH, INC.**, a Delaware Corporation; **CORIZON HEALTH, INC.**, a Tennessee Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE O'NEIL**, an individual; **CJ BUCHANAN**, an individual; **LOUISA DURU**, an individual; **MOLLY JOHNSON**, an individual; **COURTNEY NYMAN**, an individual; **PAT GARRETT**, in his capacity as Sheriff for Washington County; **JOHN DOES 1-10**; and, **JANE DOES 1-10**,<br><br>Defendants. | Case No. 3:16-cv-02235-AA<br><br>**CORIZON HEALTH, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

Page 1 -    CORIZON HEALTH, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
PDX\128493\204567\RKH\20000712.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Coletti Decl., Ex A
Page 1 of 3

**REQUEST NO. 1:** Copies of all contracts and subsequent amendments between defendants Washington County and Corizon Health, Inc., and its predecessor Prison Health Services, relating to the providing of medical care at the Washington County Jail.

**RESPONSE TO REQUEST NO. 1:** Documents being provided.

**REQUEST NO. 2:** Copies of all policy manuals, procedures, protocols, guidelines, and any other materials in any form concerning the providing of medical care at the Washington County jail, specifically the policies and procedures tailored to the Washington County jail as required by the National Commission on Correction Healthcare standards, to which healthcare personnel were expected to adhere, including but not limited to: opioid withdrawal, use of IV's, transportation of patients to local hospitals and/or emergency rooms, COWS assessment, and charting.

**RESPONSE TO REQUEST NO. 2:** Corizon Health, Inc. is producing the policies and procedures manual(s) in place in April 2014.

**REQUEST NO. 3:** Copies of any and all documentation relating to the sentinel Event Review Committee and the Sentinel Event investigation, its findings and recommendations compiled in the aftermath of Madaline Pitkin's death.

**RESPONSE TO REQUEST NO. 3:** Objection. Subject to attorney client privilege and protected by ORS 41.675.

**REQUEST NO. 4:** Copies of the personnel files of all medical personnel who had any contact with Madaline Pitkin while in the Washington County jail.

Page 2 -   CORIZON HEALTH, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
PDX\128493\204567\RKH\20000712.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Coletti Decl., Ex A
Page 2 of 3

**REQUEST NO. 32:**  Copies of all policies of liability and indemnity insurance applicable to plaintiffs' claims.

**RESPONSE TO REQUEST NO. 32:**  Corizon's insurance policies in effect at the time of Pitkin's death are being provided.

Dated this 5th day of April, 2017.

                        Respectfully submitted,

                        SCHWABE, WILLIAMSON & WYATT, P.C.

By:   /s/ Richard K. Hansen
       Richard K. Hansen, OSB #832231
       Anne M. Talcott, OSB #965325
       Nathan D. Sramek, OSB #140173
       Telephone: 503.222.9981
       Facsimile: 503.796.2900

       Trial attorney: Richard K. Hansen
       Attorneys for Defendants, Corizon Health,
       Inc., Joseph McCarthy, MD, Colin Storz,
       Leslie O'Neil, CJ Buchanan, Louisa Duru,
       Molly Johnson, and Courtney Nyman

Page 9 -   CORIZON HEALTH, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
PDX\128493\204567\RKH\20000712.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Coletti Decl., Ex A
Page 3 of 3