| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Roland Maldonado | Lynette Harris; Harold Orr; Debbie Fye; George Vaughn; Michael Miller, Susan Morgenstern; Courtney Eller; Katie West | Email string<br><br>Re analysis of Washington County Article and response to same | CORPRIV000001-9<br><br>(CORPRIV000009 is CORIZON007133) | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; George Vaughan | Email<br><br>Re analysis re: Washington QI | CORPRIV000010 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | Roland Maldonado; Debbie Fye; George Vaughan; Ivor Garlick | Email<br><br>Re legal advice re: findings of auditor's report | CORPRIV000011-12 | November 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Latonya Nicholson | Debbie Fye; Heather Dale; Katie West; Carla Copeland, Dee Dee Bittner | Email<br><br>Request for Information re: medical providers | CORPRIV000013-14 | April 10, 2014 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant – predates Pitkin and pertains to physicians not at WA Co. at that time. |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Kim Ives | Katie West; Rebekah Haggard; Harold Orr; Roland Maldonado; George Vaughan; Debbie Fye; Clair Cochran; Heather Dale; Chris Heeg | Email<br><br>Analysis re: potential Reporting to Oregon Board of Medicine | CORPRIV000015 | June 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Kim Ives | Katie West; Beckey Pinney; Roland Maldonado; George Vaughan; Debbie Fye; Harold Orr; Clair Cochran; Heather Dale; Chris Heeg | Email<br><br>Analysis re: potential Reporting to Oregon Board of Medicine | CORPRIV000016 | June 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Britt Heron | Debbie Fye; Katie West; George Vaughan | Email emails string<br><br>Re: Auditor's report | CORPRIV000017 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | Debbie Fye; George Vaughan | Email string<br><br>Re Washington County audit | CORPRIV000018-19 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Katie West | Debbie Fye; George Vaughan | Email<br><br>Re Washington Co Audit | CORPRIV000020-21 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Lynette Harris; George Vaughan; Roland Maldonado; Harold Orr; Ivor Garlick; Katie West; Susan Morgenstern | Email<br><br>Re Jail health care audit questions | CORPRIV000022 | December 2, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Dee Dee Bittner | Debbie Fye; Latonya Nicholson; Heather Dale; Katie West; Carla Copeland | Email<br><br>Re request for information re: medical providers | CORPRIV000023-24<br><br>(CORPRIV000024 is CORIZON007136) | April 9, 2014 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant – predates Pitkin and pertains to physicians not at WA Co. at that time. |
| George Vaughan | Katie West; Debbie Fye; Roland Maldonado | Email string<br><br>Re Washing County Contract Modification Proposal | CORPRIV000025-29<br><br>(CORPRIV000028 is CORIZON007138) | June 6, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | George Vaughan | Email string<br><br>Re: Summarizing communication from outside counsel re audit report | CORPRIV000030-31 | May 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | Theresa Brumfield; Dee Dee Bitner; George Vaughan; Debbie Fye | Email string<br><br>Re legal advice re: Washington County Audit Findings | CORPRIV000032-35 | November 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; | Email string<br><br>Re Legal analysis and policy re: forced medication | CORPRIV000036-37 | March 11, 2015 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant |
| Debbie Fye | Katie West | Email String<br><br>Re: Draft response to auditor | CORPRIV000038-39 | April 11, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Katie West | Debbie Fye; George Vaughan; Jennifer Bishop | Email string<br><br>Re Amendment to contract with Washington County | CORPRIV000040 | September 24, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | George Vaughan; Debbie Fye; Roland Maldonado; Vicki Thomas | Email String<br><br>Re Washington County Audit | CORPRIV000041-46 | April 3, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | George Vaughan; Roland Maldonado; Harold Orr; Ivor Garlick; Katie West | Email string<br><br>Re staff changes and education at Washington County | CORPRIV000047-48 | June 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | George Vaughan; Katie West; Jennifer Bishop | Email string<br><br>Re Washington County contract proposal | CORPRIV000049 | September 17, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; George Vaughan | Email string<br><br>Re auditor's report | CORPRIV000050-53 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Christy Wyse | Katie West; Debbie Fye; George Vaughan | Email<br><br>Re information sent to Washington County for discussion re: auditor's report | CORPRIV000054 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldonado | George Vaughan; Katie West; Jennifer Bishop; Debbie Fye | Email string<br><br>Re new amendment to Washington County contract | CORPRIV000055 | August 28, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldonado | Katie West; Scott King; George Vaughan; Michael Miller; Jonathan Walker; Harold Orr | Email string<br><br>Re Oregonlive.com report | CORPRIV000056-57 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Charles Guffey | Michael Miller; Katie West; George Vaughan; Debbie Fye; Pat Booker | Email string<br><br>Re contract extension at Washington County | CORPRIV000058-67<br><br>(CORPRIV000063 is CORIZON007145) | December 8, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Roland Maldanado; Lynette Harris; Katie West; Harold Orr; George Vaughan; Susan Morgenstern; Courtney Eller | Email string<br><br>Re Statement re: Washington Audit Report | CORPRIV000068-77 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Courtney Eller | Roland Maldanado; Lynette Harris; Katie West; Harold Orr; Debbie Fye; George Vaughan; Susan Morgenstern; Michael Miller | Email string<br><br>Re Statement re: Washington Audit Report | CORPRIV000078-81 | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | George Vaughan; Debbie Fye | Email String<br><br>Re request by Washington County for information | CORPRIV000082-87 | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale; George Vaughan | Email String<br><br>Re request by Washington County for information | CORPRIV000088 | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; George Vaughan | Email String<br><br>Re request by Washington County for information | CORPRIV000089-90 | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; George Vaughan | Email String<br><br>Re request by Washington County for information | CORPRIV000091 | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | Debbie Fye; Heather Dale | Email String<br><br>Request for Information re: medical providers | CORPRIV000092-99 | April 9, 2014 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant – predates Pitkin and pertains to physicians not at WA Co. at that time. |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; Heather Dale | Email String<br><br>Re request by Washington County for information | CORPRIV000100<br><br>(CORIZON007149) | April 8, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldonado | George Vaughan; Katie West; Debbie Fye | Email String<br><br>Re: auditor's report response and draft | CORPRIV000101 | November 29, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | George Vaughan; Katie West; Roland Maldonado | Email String<br><br>Re auditor's report response and draft | CORPRIV000102-115<br><br>(CORPRIV000104 is CORIZON007151)<br><br>(CORPRIV000114 is CORIZON007153) | November 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
|  |  | Draft response to Auditor's Report Washington County attached to privileged emails at p. 117-130 | CORPRIV000117-122 |  | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; George Vaughan | Email string<br><br>Re draft response to Auditor's report | CORPRIV000123-128 | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| George Vaughan | Katie West; Roland Maldonado; Debbie Fye | Email string<br><br>Re: auditor's report response | CORPRIV000116<br><br>(CORIZON007155) | November 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Steve Brown | Roland Maldonado, Britt Herron, Jeff Sholey, Susan Mogenstern; Lynette Haris; James Daigle | Email string<br><br>Re media contact re: Inmate Madeline Pitkin | CORPRIV000129-130 | April 25, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email string<br><br>Re Written warnings notices to employees | CORPRIV000131-133<br>(CORPRIV000131 is CORIZON007156) | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | James Daigle | Email<br><br>Re Corizon Response letter | CORPRIV000134<br><br>(CORIZON007165) | May 23, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Dee Dee Bittner; Heather Dale; Katie West | Email string<br><br>Request for information re: medical providers | CORPRIV000135-136 | April 9, 2014 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant – predates Pitkin and pertains to physicians not at WA Co. at that time. |
| Heather Dale | Katie West; Debbie Fye | Email string<br><br>Re response to request for information from Washington County | CORPRIV000137<br><br>(CORIZON007159) | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Heather Dale | Katie West; Debbie Fye | Email string<br><br>Re response to request for information from Washington County | CORPRIV000138<br><br>(CORIZON007161) | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Heather Dale | Katie West; Debbie Fye | Email string<br><br>Re response to request for information from Washington County | CORPRIV000139<br><br>(CORIZON007163) | April 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Heather Dale | Katie West; Debbie Fye | Email<br><br>Request for Information re: medical providers | CORPRIV000140-145 | April 9, 2014 | Attorney-Client Privilege; Work-Product Doctrine<br><br>Irrelevant – predates Pitkin and pertains to physicians not at WA Co. at that time. |
| Debbie Fye | James Daigle; | Email string<br><br>Re report site visit 5/14/15 | CORPRIV000146-148 | May 14, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Kim Ives | Debbie Fye; Katie West | Email string<br><br>Re OR Board of Nursing | CORPRIV000149 | July 2, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West | Email<br><br>Re Oregon Board of Nursing | CORPRIV000150 | June 27, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldonado | Debbie Fye; Ivor Garlick; George Vaughan; Katie West | Email string<br><br>Re OR Board of Nursing and disciplinary actions | CORPRIV000151 | June 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Katie West | Debbie Fye | Email string<br><br>Re call with Board of Nursing | CORPRIV000152 | June 26, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re disciplinary actions at Washington County | CORPRIV000153 | June 23, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re disciplinary actions at Washington County | CORPRIV000154 | June 17, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary actions at Washington County | CORPRIV000155 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000156 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000157 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000158 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000159 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000160 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000161-162 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000163-164 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | Katie West; Heather Dale; George Vaughan | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000165 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | James Daigle | Email<br><br>Re Report re: Washington Co | CORPRIV000166 | May 30, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | James Daigle | Email<br><br>Re Report re: Washington Co | CORPRIV000167 | May 28, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West | Email<br><br>Re Report re: Washington County | CORPRIV000168 | May 28, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | George Vaughan | Email string<br><br>Re Report re: Washington County and summarizing legal advice | CORPRIV000169-170 | May 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| Debbie Fye | James Daigle | Email<br><br>Re site visit report | CORPRIV000171 | May 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West | Email<br><br>Re: meeting with outside counsel | CORPRIV000172 | May 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldonado | Debbie Fye; George Vaughan; Ivor Garlick; Harold Orr; Katie West; Jaime Daigle | Email string<br><br>Re: findings related to Washington County | CORPRIV000173-174 | May 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Debbie Fye | Katie West; Heather Dale | Email<br><br>Re Disciplinary action at Washington County | CORPRIV000175 | June 13, 2014 | Attorney-Client Privilege; Work-Product Doctrine |
| Roland Maldondo | Lynette Harris; Harold Orr; Debbie Fye; George Vaughan; Michael Miller; Susan Moregnetern; Courtney Eller; Katie West | Email<br><br>Re: preparing response to audit findings | CORIZON007133 | | |

| AUTHOR | RECIPIENT | DESCRIPTION | BATES RANGE | DATE | PRIVILEGE CLAIMED |
|--------|-----------|-------------|-------------|------|-------------------|
|        |           |             |             |      |                   |