# Deposition Of:
## Debbie Fye

April 24, 2017

Russell Pitkin and Mary Pitkin
vs.
Corizon Health, Inc.; et al.

Case No.: 3:16-cv-02235-AA



SYNERGY LEGAL
LITIGATION SUPPORT SERVICES

**Debbie Fye**

```
 1   regarding HC standards.  They put out new policies
 2   whenever NCCHC updates.
 3              We've had some updates to some of our
 4   educational programs.  We've had multiple
 5   reorganizations within the company with different
 6   roles and responsibilities.  And that's what I can
 7   think of right at this moment.
 8        Q.   Was there an investigation performed by
 9   Corizon regarding Madaline Pitkin's death?
10        A.   Yes.
11        Q.   Who conducted it?
12        A.   Multiple people.
13        Q.   Can you give me the names of the multiple
14   people?
15        A.   Mandy Forsman, Leslie O'Neil.
16        Q.   Sorry.  Mandy Forsman?  Hold on, just --
17   Mandy Forsman?
18        A.   I wasn't finished giving the list.
19        Q.   I know.  I'm just trying to understand
20   what -- the first name, because we're trying to write
21   things down accurately.
22        A.   Mandy Forsman.
23        Q.   And how do you spell Forsman?
24        A.   Leslie -- I do not know.
25        Q.   All right.  Go ahead.
```

Debbie Fye

```
 1      A.   Leslie O'Neil, Dr. Garlick, Dr. Orr, folks
 2   at corporate, and I'm not -- I'm not sure who at
 3   corporate would have reviewed the case.
 4      Q.   I'm sorry, which -- so after Mandy Forsman,
 5   who was the next person?
 6      A.   Leslie O'Neil.
 7      Q.   What's Ms. O'Neil's position?
 8      A.   At that time?
 9      Q.   Yes.
10      A.   Director of nursing.
11      Q.   And what's Ms. Forsman's position?
12      A.   At the time, she was the health services
13   administrator.
14      Q.   And you listed -- after Ms. O'Neil, you
15   listed two doctors?
16      A.   Dr. Garlick --
17      Q.   How do you --
18      A.   -- and Dr. Orr.
19      Q.   How do you spell -- is it Garlick?
20      A.   G-A-R-L-I-C-K.
21      Q.   And what's Dr. Garlick's position?
22      A.   He's a regional medical director?
23      Q.   And Dr. Orr?
24      A.   O-R-R.  He also was a -- was a regional
25   medical director.
```

Debbie Fye

```
 1      Q.   And you said some folks at corporate, but
 2   you don't know who?
 3      A.   That's correct.
 4      Q.   And were you involved in the investigation?
 5      A.   I was involved by reviewing the
 6   documentation.  And I did speak to some of those
 7   involved.
 8      Q.   Did Corizon ever reach a conclusion as to
 9   what caused Madaline Pitkin's death?
10      A.   I'm not aware if they did or they did not.
11      Q.   Did Corizon ever reach a conclusion as to
12   how Madaline's death could have been avoided?
13      A.   I never heard anyone say that if this was
14   done, the outcome could have been avoided.  No, I did
15   not hear that direct correlation.
16      Q.   Well, I'm not asking if those specific words
17   were said.  I'm asking generally if Corizon, as the
18   result of its investigation, figured out how to avoid
19   deaths similar to that of Madaline Pitkin in the
20   future?
21      A.   I would have to say no, because each case is
22   individual.  Everyone's response is individual.
23   Certainly, yes, we look at all our protocols, and if
24   there's enhancements that need to be made.  But I'm
25   not sure that changing any protocol would guarantee a
```

**Debbie Fye**

```
 1   answer because not everything that you do in your
 2   quality improvement is -- you -- some things we keep
 3   confidential.  So it's difficult to answer that.  Some
 4   things, yes; and I'm going to say some things, no.
 5        Q.   What things would you keep confidential from
 6   the county?
 7        A.   Things that attorneys told -- conversations
 8   with attorneys, things like that.
 9        Q.   Other than conversations with attorneys,
10   what other things are you aware of that you would keep
11   confidential from the county?
12        A.   Sometimes investigations might be kept
13   confidential.
14        Q.   Did Washington -- did Corizon share any of
15   its investigation regarding Madaline Pitkin's death
16   with the county?
17        A.   I don't know.
18        Q.   Do you know -- do you know if the county
19   asked for it?
20        A.   I don't know.  If they did, I don't
21   remember.
22        Q.   All right.  Is that what's called a sentinel
23   event investigation?
24        A.   Not necessarily.
25        Q.   What is a sentinel event investigation?
```

**Debbie Fye**

```
 1       A.    A sentinel event investigation is an
 2  investigation where it was -- someone determined that
 3  the outcome of the patient is something that is
 4  unexpected or is a outcome such as death.
 5             For instance, at one point, any patient who
 6  had a suicide attempt, we would consider that a
 7  sentinel event.
 8       Q.    And was a sentinel event investigation
 9  performed regarding Madaline Pitkin?
10       A.    I believe so, yes.
11       Q.    Do you know who performed that
12  investigation?
13       A.    I do not know who was in charge of it.  I
14  know that there were multiple people involved.
15       Q.    And were those the individuals that you
16  previously provided me their names?
17       A.    Yes.
18       Q.    And were there records maintained regarding
19  the sentinel event investigation as it relates to
20  Madaline Pitkin's death?
21       A.    I -- I don't know what Corizon has and what
22  Corizon doesn't have.  I would have no way of knowing
23  that.
24       Q.    Is it your understanding that records are
25  maintained regarding sentinel event investigations?
```

**Debbie Fye**

1    A.   I would agree that at times, there are
2  written reports.  But how long they're kept, that, I
3  wouldn't know.
4    Q.   Okay.  I -- I guess we misunderstood each
5  other.  I wasn't asking how long they were kept.  But
6  it's your understanding that a sentinel event
7  investigation is documented, correct?
8    A.   I have never been at corporate during a
9  sentinel event investigation with a sentinel event
10 committee.  So I really can't speak to what they do
11 when they're compiling the -- they gather the
12 information, and then there's a committee meeting.
13 I've never been involved with that so I'm not sure
14 what they do or what documentation they might have.
15   Q.   What the's purpose of a sentinel event
16 investigation?
17   A.   I think there's several purposes.  One,
18 trying to determine factually what happened.  Also, is
19 there anything as a company we can do to improve
20 practices that possibly could assist in preventing a
21 similar incident.
22        I think those probably are the two main
23 reasons.  But again, I would have to look at the
24 policy on sentinel event to be able to tell you
25 exactly what the company's intention is.

**Debbie Fye**

```
 1       Q.   Sure.  But conceptually, it makes sense to
 2   you that the company would want to know factually what
 3   happened and also figure out if there was a way to
 4   prevent it from happening in the future, correct?
 5       A.   I think that we would want to look if there
 6   was things that we could do different as a company or
 7   as a site.  But unfortunately, everything we do in
 8   medicine carries risk.  And we can't always predict
 9   what those risks are or how someone is going to
10   respond to either a modality of treatment or no
11   treatment at all.  So all as we can do is
12   retrospectively look at things and say, you know, is
13   there anything that might be better for us to do in
14   the future.
15       Q.   And you would look at it to determine if
16   there's a way for you to prevent it from happening
17   again, correct?
18       A.   Well, you can't always predict -- you can't
19   always predict an outcome.  You can't predict that if
20   we do this, we're not going to have this outcome
21   because of the inherent risks.  And everyone is an
22   individual.  But you can come to a conclusion that --
23   that through studying it can say that, yes, if this is
24   done, there's a less chance you'll have a complication
25   and the outcome might be better.
```

**Debbie Fye**

1     **Q.**   **So stated simply, you want to know what**
2 **happened and find out if there's a way to avoid it in**
3 **the future, correct**?
4     A.   No.  I didn't say avoid it in the future.  I
5 said anything we can do different in our practices so
6 that we could have a better outcome or a different
7 outcome.  But again, we can't predict the outcome
8 because of the inherent risks of medicine.
9     **Q.**   **My question is very simple.**
10         **Do you want to perform the investigation so**
11 **you can try to avoid the same thing happening again,**
12 **or not?**
13     MR. HANSEN:  Objection.  Asked and answered.
14 Go ahead.
15 BY MR. COLETTI:
16     **Q.**   **Go ahead.**
17     THE DEPONENT:  Answer it?
18     A.   Again, we do it so that we can review what
19 happened and look to see if there's any practices or
20 procedures or anything else we could do differently in
21 the future that would have a better result or the
22 outcome might be different.  But, again, there's
23 inherent risk.  You can't -- you can't say that if you
24 do this, you will never have this outcome.  That's
25 almost impossible to say in medicine.

**Debbie Fye**

```
 1   differently to prevent something from happening again,
 2   correct?")
 3       A.   And I said no to that because it said
 4   prevent something from happening again.  And again,
 5   you cannot predict outcomes in medicine because of
 6   inherent risks.
 7            And I further said earlier that there is a
 8   policy on sentinel event that completely explains the
 9   workings of a sentinel event and the purpose of it.
10   And if I had that in front of me, I could give you
11   more information.
12   BY MR. COLETTI:
13       Q.   Was a sentinel event investigation performed
14   regarding Madaline Pitkin's death?
15       A.   To my knowledge, yes.
16       Q.   And have you reviewed that?
17       A.   No, I have not.
18       Q.   Do you have any idea, as the vice president
19   of the region where Ms. Pitkin died, regarding the
20   contents of that investigation?
21       A.   No.  I -- I never saw the report.
22       Q.   Do you have any explanation as to why, as
23   the vice president for the jail where Ms. Pitkin died,
24   you've never seen the sentinel event -- event
25   investigation?
```

**Debbie Fye**

```
 1      A.   Because that's not part of my role.
 2      Q.   Why isn't -- why isn't that important to
 3 your job?
 4      A.   Sentinel event committee is who handles the
 5 sentinel event.
 6      Q.   But wouldn't you want to know the results of
 7 their investigation, since you're in charge of the
 8 Corizon employees at that facility?
 9      A.   Not necessarily.  What I would want to know
10 is if there were any recommendations.
11      Q.   So let's make sure we understand each other.
12 You were the vice president of Corizon in charge of
13 the Washington County jail, correct?
14      A.   Yes.
15      Q.   You were responsible for the employees
16 there, correct?
17      A.   Define responsibility.
18      Q.   You were the boss.
19      A.   I was over the site, yes.
20      Q.   You could hire and fire employees at Corizon
21 at the Washington County jail, correct?
22      A.   No.  The hiring was done by the health
23 services administrator and the director of nursing.
24      Q.   Okay.  But as it relates to the discipline
25 of the employee, you were the boss, correct?
```

**Debbie Fye**

```
 1   reasons?
 2       A.   If there was changes in policies, I would
 3   communicate that to the HSA.
 4       Q.   All right.  So if somebody, then, did a
 5   sentinel event investigation and reached a conclusion
 6   regarding the cause of Ms. Pitkin's death, is that
 7   something you would want to know as the individual in
 8   charge of the staff at that jail?
 9       A.   I would not necessarily need to know the
10   cause of Ms. Pitkin's death to do my job.
11       Q.   That wasn't my question.
12            Would you want to know the results of the
13   investigation, given your responsibility for the
14   individuals at that jail?  Yes or no?
15       A.   No.
16       Q.   You're not -- you wouldn't be the least bit
17   interested in it?
18       A.   Doesn't matter if I would be interested,
19   sir.  I'm not given the results of sentinel events
20   completed at any facility.
21       Q.   I'm not --
22       A.   That's handled by the sentinel event
23   committee.
24       Q.   Well, you just said you wouldn't be
25   interested in knowing what caused her death, despite
```

**Debbie Fye**

```
 1   can only make an assumption as to why he would call
 2   the sheriff.  But he did have responsibility for the
 3   site.
 4        Q.   And do you have any information as to why
 5   Mr. Vaughan would have called the sheriff to state
 6   that he was doing a review of Ms. Pitkin's death and
 7   they are working on it so it doesn't happen again?
 8   Did you ever discuss that with Mr. -- did you ever
 9   discuss that with your boss?
10        A.   Not to my recollection.  And I wouldn't know
11   why he does what he does.  You'd have to ask him.
12        Q.   So at no time did you and your boss sit down
13   to discuss the review of Ms. Pitkin's death and what
14   you guys were going to do so it didn't happen again,
15   correct?
16        A.   We might have discussed recommendations, but
17   they wouldn't be a direct result of Ms. Pitkin's
18   death.
19        Q.   All right.  So it is -- is it accurate or
20   inaccurate to state that Corizon did a review into
21   Ms. Pitkin's death to determine how to prevent it from
22   happening again?
23        A.   As I said before, Corizon did do an
24   investigation into the events leading up to
25   Ms. Pitkin's death.  And there were recommendations
```

**Debbie Fye**

1  made generally for improvements that might be made or
2  changes that might be done locally in the care of all
3  patients, but not directly related to Ms. Pitkin's
4  death.
5       Q.   Okay.  And what were those recommendations?
6  What were the changes that were made?
7       A.   Over what period of time?
8       Q.   At any period of time.  At any time period.
9            MR. HANSEN:  Are we talking about post --
10 post Pitkin?
11           MR. COLETTI:  Yes.
12      A.   There was auditing done of site functions by
13 a multitude of people, and there were recommendations
14 made.  And those are the recommendations that were
15 implemented.
16           We looked at our intake procedures.  We
17 looked at staffing levels and increased the nursing
18 staff.  We looked at medication administration and
19 made some changes to medication administration.  We
20 had documentation education and made some changes to
21 documentation.  And I'm sure there's others that don't
22 come to mind right now.
23 BY MR. COLETTI:
24      Q.   Okay.  Let's walk through those.  What were
25 the changes to education administration?

Debbie Fye

```
 1                    CERTIFICATE
 2
 3      I, Marcel N. Johnson, Certified Shorthand Reporter
 4   for Oregon and Washington, and a Registered
 5   Professional Reporter, do hereby certify that DEBBIE
 6   FYE personally appeared before me at the time and
 7   place set forth herein; that at said time and place I
 8   reported in stenotype all testimony adduced and other
 9   oral proceedings had in the foregoing matter; that
10   thereafter my notes were transcribed using
11   computer-aided transcription under my direction; and
12   the foregoing transcript constitutes a full, true and
13   accurate record of such testimony adduced and oral
14   proceedings had and of the whole thereof.
15      Witness my hand and stamp at Portland, Oregon, this
16   4th day of May, 2017.
17
18
19
20   _____
21      Marcel N. Johnson
22      Oregon Certified Shorthand
23      Reporter No. 02-0380
24      Washington Certified Court
25      Reporter No. 0002947
```