# Washington County
## Contract Review Committee Worksheet

Contract # BCC 13-0335

Assigned by Purchasing

Blanket Purchase Order Number 139872

**Types:** CA - County Administrator Executes    BCC - Board of Commissioner Executes

> **NOTE:** Please review all instructions on the back of this worksheet before you begin processing.

1. Department Ship To: HHS
2. Date: 4/24/13
3. Department Bill To: HHS
4. Administrator/Ext: Linden Chin/ 3657
5. Type of Contract:
   - ☐ (I) Intergovernmental Agreement
   - ☐ (G) Purchase of Goods
   - ☐ (C) Construction
   - ☐ (P) Personal/Professional Services
   - ☐ (L) Lease Agreement
   - ☐ (T) Trade Services
   - ☒ (A) Amendment/Change Order (list original contract number: BCC 07-0799) — Amend #8
   - ☐ (O) Other

6. Minute Order Number: MO13-153  6-18-13  ~~5/21/13~~    Bid/RFP #_____    NIGP Category #_____

7. Description of Contract: extends contract term and adds funding for jail health services

8. Contractor, Lessor, Supplier Name: Corizon Health, Inc.    WISARD Supplier# 10637

9. ☐ MBE  ☐ WBE  ☐ DBE  ☐ ESB (as certified by State of Oregon-Office of Minority, Women & Emerging Small Business)

10. Effective Date: upon execution    11. Termination Date: 6/30/15

| | | | |
|---|---|---|---|
| 12. Original Contract Amount: | $20,700,000 | 16. ☐ Retainage: | $_____ |
| 13. Total of Previous Amendments: | $2,878,759 | 17. ☒ Expenditure | $_____ |
| 14. This Amendment: | $7,792,738 | ☐ Revenue | $_____ |
| 15. Total Amount of Contract: | $31,371,497 | 18. Chargeable Program #:_____ | |

19. Source of Funds: general funds    20. Payment Terms (monthly installments, progress payments, etc.): monthly

21. Remarks: Current insurance on file

### Check Off List for Attachments in Order of Appearance:
- ☐ 2 copies of the Board agenda item and minute order number for this agreement (if one is applicable.)
- ☐ 2 copies of Insurance Certificates naming the County as additional insured, or include Attachment C with each contract.
- ☐ A minimum of three (3) copies of the contract, all with original contractor's signature(s).
- ☐ 2 copies of either the quote sheet OR justification selection memo
- ☐ One copy of the Invitation to Bid document OR RFP document.
- ☐ One copy of the contractor's Proposal (RFP) or contractor's Response (Bid.)
- ☐ A performance and payment bond (if applicable).

Contract Administrator certifies that no changes have been made to the attached County standard contract. _____
Contract Administrator's Signature

22. Signature Route:
    RECEIVED APR 25 2013
    WASHINGTON COUNTY PURCHASING DIVISION

    1. Department Head: _____ Date 4/25/13
    2. Purchasing Supervisor: _____ Date 4/25/13
    3. County Counsel: _____ Date 5/1/13
    4. County Administrator's Office: _____ Date 5-6-13

RECEIVED APR 25 2013 County Counsel

Rev 1/1/12

Coletti Decl., Ex G
Page 1 of 10

# AGENDA

## WASHINGTON COUNTY BOARD OF COMMISSIONERS

| | |
|---|---|
| **Agenda Category:** | Consent – Health and Human Services |
| **Agenda Title:** | APPROVE CONTRACT AMENDMENT WITH CORIZON HEALTH, INC. |
| **Presented by:** | Rod Branyan, Director |

### SUMMARY

On June 19, 2007, your Board awarded a contract with Corizon Health, Inc. (formerly Prison Health Services) to provide inmate health care services for the Washington County Jail (MO# 07-238). The original term of the contract was six years with an option to renew for one additional four-year term.

Staff and Corizon Health, Inc. have reached agreement on an amendment that would extend the contract for two additional years from July 1, 2013 through June 30, 2015, the first two years of the four year renewal term. At the expiration of this renewal period, the agreement may be extended for one additional two year term by mutual written agreement.

The Department requests your Board approve an amendment to the Corizon Health, Inc. contract adding $7,792,738 to provide services from July 1, 2013 through June 30, 2015. The new contract total is $31,371,497.

### DEPARTMENT'S REQUESTED ACTION:

Approve an amendment to the Corizon Health, Inc. contract increasing the amount by $7,792,738 and extending the expiration date to June 30, 2015.

### COUNTY ADMINISTRATOR'S RECOMMENDATION:

I concur with the requested action.

APPROVED WASHINGTON COUNTY
BOARD OF COMMISSIONERS
MINUTE ORDER # 13-153
DATE 6-18-13
BY Barbara Hejtmanek
CLERK OF THE BOARD

Agenda Item No. 2.l.
Date: 06/18/13

BCC 13-0335

# EIGHTH AMENDMENT TO THE PROFESSIONAL SERVICES CONTRACT

**THIS EIGHTH AMENDMENT TO THE PROFESSIONAL SERVICES CONTRACT** (hereinafter the "Amendment"), is made and entered into this 18th day of June 2013, by and between Corizon Health, Inc. (hereinafter "Corizon") and Washington County, a political subdivision of the State of Oregon (hereinafter the "County"). For purposes of this Amendment, the County and Corizon shall be referred to collectively as the "Parties."

WHEREAS, the County and Corizon entered into a Professional Services Contract on July 3, 2007, the original contract number being BCC 07-0799 (hereinafter the "Agreement"), by which Corizon assumed the responsibilities for the provision of certain healthcare services to be delivered to individuals in the custody and control of the County; and

WHEREAS, Parties have amended the Agreement from time to time including, most recently, the Seventh Amendment dated on or around April 8, 2013;

WHEREAS, Parties desire to amend the Agreement again in pertinent part to effectuate the following changes:

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, it is mutually agreed upon as follows:

1. In accordance with Section D of Attachment B to the Agreement, the term of the Agreement is hereby extended for two (2) additional years from July 1, 2013 through June 30, 2015, the first two (2) years of the four (4) year renewal term (hereinafter the "2013 Renewal Period"). At the expiration of the 2013 Renewal Period, the Agreement may be extended for one (1) additional two (2) year term by mutual written agreement of the Parties.
   A. Specifically, on or around January 1, 2015, Corizon shall submit to the County a cost proposal for the second two (2) years of the four (4) year renewal term, which shall include base fee, per diem, and annual aggregate limit. The County may elect to accept Corizon's proposal, negotiate the terms, or initiate a competitive bid process. The County is under no obligation to contract with Corizon for the second two (2) years of the four (4) year renewal term.

2. For purposes of the 2013 Renewal Period, Contract Year 7 is defined as July 1, 2013 through June 30, 2014, and Contract Year 8 is defined as July 1, 2014 through June 30, 2015.

3. For purposes of the 2013 Renewal Period, Corizon and the County hereby replace Section 2 of the Agreement with the following:

**Section 2 – Consideration**

    2.1 Contractor shall perform the services as described in the Agreement, as amended herein. County agrees to pay the services in accordance with Attachment B, as amended herein.

    2.2 The base contract amount for Contract Year 7 is $3,826,158.89. The base contract amount for Contract Year 8 is $3,966,578.92.

    2.3 Corizon shall invoice the County 1/12th of the base amount thirty (30) days before the month in which services are rendered. Unless otherwise stated in Attachment B, as amended herein, the payment terms are thirty (30) days after County's receipt of invoice.

4. For purposes of the 2013 Renewal Period, Corizon and the County hereby amend Attachment B in replacing the corresponding sections thereof as follows:

    **A. PAYMENT – CONTRACT YEAR 7 – JULY 1, 2013 THROUGH JUNE 30, 2014**

        1. County shall pay Corizon a base fee of $318,846.57 per month. The amount is based on Corizon providing service for up to and including 600 inmates.

    **B. PAYMENT – YEAR 8 – JULY 1, 2014 THROUGH JUNE 30, 2015**

        1. County shall pay Corizon a base fee of $330,548.24 per month. The amount is based on Corizon providing service for up to and including 600 inmates.

    **E. PAYMENT –PER DIEM**

        1. For Contract Year 7, Corizon shall be entitled to a per diem of $0.93 for each inmate over 600, calculated over a calendar month.

        2. For Contract Year 8, Corizon shall be entitled to a per diem of $0.97 for each inmate over 600, calculated over a calendar month.

        3. The daily population will be recorded each day at 10:00AM.

        4. The per diem is intended to cover additional costs in those instances where minor, short-term increases in the inmate population result in the higher utilization of routine supplies and services. However, the per diem is not intended to provide for any additional fixed costs, such as staffing positions, which might prove necessary if the inmate population changes significantly and if the population change is sustained. In such case, Corizon shall contact the County to discuss modifying staffing complement and adjusting its contract price in order to continue to provide services to the revised number of

2

inmates and maintain the quality of care. Any such change would require prior agreement by both parties.

### G. ANNUAL AGGREGATE LIMITS FOR OFF-SITE & PHARMACY SERVICES

1. Corizon's financial responsibility for medical costs for all off-site and pharmacy services (hereinafter the "Annual Aggregate Limit") shall be limited to $849,739.15 for Contract Year 7. The County shall be 100% responsible for all off-site and pharmacy costs greater than $849,739.15 for Contract Year 7. Should the actual costs for off-site and pharmacy services be less than $849,739.15 for Contract Year 7, Corizon will refund 100% of the amount below $849,739.15 to the County.

2. Corizon's financial responsibility for the Annual Aggregate Limit shall be limited to $880,924.57 for Contract Year 8. The County shall be 100% responsible for all off-site and pharmacy costs greater than $880,924.57 for Contract Year 8. Should the actual costs for off-site and pharmacy services be less than $880,924.57 for Contract Year 8, Corizon will refund 100% of the amount below $880,924.57 to the County.

3. Off-site services costs are those involving inpatient hospitalization, emergency room visits, ambulance transportation expenses, outpatient surgeries, outpatient physician consultations, outside specialist fees, off-site diagnostic procedures and all dialysis treatments, both onsite and offsite. Components covered under pharmacy services costs include: O.T.C. medications, formulary and non-formulary medications, HIV medications, HCV medications, psychiatric medications, back-up pharmacy expenses, injections, vaccines (including Hepatitis B, flu, and rabies), and dispensing fees.

5. In all other respects, the terms and conditions of the Agreement, as amended and inclusive of Attachment B, shall continue unchanged and in full force and effect.

3

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment (Eighth Amendment) in their official capacity and with legal authority to do so.

**CORIZON HEALTH, INC.**

By: _[signature]_

Title: SVP - Senior Vice President

J.B.

_[signature]_
Witness

4/15/13
Date

**WASHINGTON COUNTY, OREGON**

By: _[signature]_

Title: Chairman Board of Commissioners

Barbara Hejtmanek
Witness

6-18-13
Date

APPROVED WASHINGTON COUNTY
BOARD OF COMMISSIONERS
MINUTE ORDER # 13-153
DATE 6-18-13
BY Barbara Hejtmanek
    CLERK OF THE BOARD

APPROVED AS TO FORM
by LEGAL DEPT.
_[signature]_

4



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 12/14/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:**
DENISE D. BARNES
HEALTHCARE LIABILITY SOLUTIONS, INC.
820 GESSNER, SUITE 1825
HOUSTON, TX 77024
PH: 800-732-8619    FAX: 713-343-5025

**CONTACT NAME:** DEBBIE HOLSTINE
**PHONE (A/C, No, Ext):** 713-343-5002
**FAX (A/C, No):** 713-343-5025
**E-MAIL ADDRESS:**

**INSURER(S) AFFORDING COVERAGE** | **NAIC #**
INSURER A: LEXINGTON INSURANCE COMPANY | 19437
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED:**
VALITAS HEALTH SERVICES, INC.
CORIZON HEALTH, INC.
105 WESTPARK DRIVE, SUITE 200
BRENTWOOD, TN 37027

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YY) | POLICY EXP (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR | | | 6797142 | 01/01/13 | 01/01/14 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $500,000* |
| | | | | | | | MED EXP (Any one person) | $ N/A |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $6,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | | | | PRODUCTS – COMP/OP AGG | $1,000,000 |
| | | | | | | | EMPLOYEE BENEFITS | $1,000,000 |
| | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | N/A | N/A | N/A | COMBINED SINGLE LIMIT (Ea accident) | $ N/A |
| | | | | | | | BODILY INJURY (Per person) | $ N/A |
| | | | | | | | BODILY INJURY (Per accident) | $ N/A |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ N/A |
| | **UMBRELLA LIAB** [ ] OCCUR **EXCESS LIAB** [ ] CLAIMS MADE  DED [ ] RETENTION $ | | | N/A | N/A | N/A | EACH OCCURRENCE | $ N/A |
| | | | | | | | AGGREGATE | $ N/A |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | N/A | N/A | N/A | [ ] WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ N/A |
| | | | | | | | E.L. DISEASE – EA EMPLOYEE | $ N/A |
| | | | | | | | E.L. DISEASE – POLICY LIMIT | $ N/A |
| A | PRIMARY MEDICAL PROFESSIONAL LIABILITY – OCCURRENCE | | | 6797138 | 01/01/13 | 01/01/14 | SEE BELOW | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**
*DAMAGE TO RENTED PREMISES LIMITS APPLIES PER PREMESIS.   LIMITS INCLUDE ALL SELF-INSURED PORTIONS OF THE LIMITS OF LIABILITY
$1,000,000 PER LOSS EVENT PER CONTRACTOR INSURED/$3,000,000 ANNUAL AGGREGATE PER CONTRACTOR INSURED
$1,000,000 PER LOSS EVENT CORPORATE LIMIT/$10,000,000 ANNUAL AGGREGATE CORPORATE LIMIT
$35,000,000 POLICY AGGREGATE
THE CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INSURED, BUT ONLY WITH RESPECT TO THE ACTS OF THE NAMED INSURED SHOWN ABOVE.  COVERAGE IS LIMITED TO MEDICAL PROFESSIONAL SERVICES PROVIDED ON BEHALF OF THE INSURED SHOWN ABOVE.

**CERTIFICATE HOLDER**
WASHINGTON COUNTY JAIL (#0150)
215 S.W. ADAMS AVENUE, MS #33
HILLSBORO, OR 97123

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE** [signature]

ACORD 25 (2010/05)    © 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Coletti Decl., Ex G
Page 7 of 10

ENDORSEMENT NO. 2

This endorsement, effective 12:01 AM: January 1, 2013

Forms a part of policy no.: 6797142

Issued to: VALITAS HEALTH SERVICES, INC.

By: LEXINGTON INSURANCE COMPANY

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided by the policy:

Section II. WHO IS AN INSURED of the HEALTHCARE GENERAL LIABILITY OCCURRENCE COVERAGE PART are amended by adding the following:

(The following are Insureds under this Coverage Part:)

Any person or organization to whom you are obligated by virtue of a written contract to provide indemnification or insurance as afforded by this Policy, but only with respect to liability arising out of operations conducted by you or on your behalf.

In the event that the Limits of Insurance provided by this Policy exceed the Limits of Insurance required by the written contract, the insurance provided by this endorsement shall be limited to the Limits of Insurance required by the written contract. This endorsement shall not increase the Limits of Insurance shown in the Declarations pertaining to the coverage provided herein.

Any coverage provided by this endorsement to an additional insured shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis, unless the written contract with additional insured specifically requires that this insurance be primary and non-contributory with any other insurance carried by the additional insured. In such case, this insurance shall be primary and non-contributory with any other insurance carried by the additional insured.

In the event of payment under the Policy, we waive our right of subrogation against a person or organization included as an insured on this endorsement where the Named Insured has waived liability of such person or organization as part of a written contractual agreement between the Named Insured and the organization entered into prior to the occurrence or offense.

In accordance with the terms and conditions of the policy and as more fully explained in the policy, as soon as practicable, each additional insured must give us prompt notice of any occurrence which may result in a claim, forward all legal papers to us, cooperate in the defense of any actions, and otherwise comply with all of the policy's terms and conditions. Failure to comply with this provision may, at our option, result in the claim or suit being denied.

All other terms, conditions and exclusions of the policy remain unchanged.

MNSCPT (01/13)

Authorized Representative
or countersignature (where required by law)

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 12/31/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** Beecher Carlson Insurance Services
6 Cadillac Drive, Suite 320
Brentwood, TN 37027
www.beechercarlson.com

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** 615-277-9840
**FAX (A/C, No):** 615-277-9879
**E-MAIL ADDRESS:**

**INSURED:** Corizon Health, Inc.
105 Westpark Drive, Suite 200
Brentwood TN 37027

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Hartford Fire Insurance Company | 19682 |
| INSURER B: Liberty Insurance Underwriters, Inc. | 19917 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES**  **CERTIFICATE NUMBER:** 15131772  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PROJECT ☐ LOC | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** | | | 20 UUN AP4855 | 1/1/2013 | 1/1/2014 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ✓ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| B | **UMBRELLA LIAB** ☐ OCCUR | | | 1000027207-06 | 1/1/2013 | 1/1/2014 | EACH OCCURRENCE | $ 25,000,000 |
| | ✓ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 25,000,000 |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ WC STATUTORY LIMITS ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Washington County Jail
215 SW Adams Avenue MS #33
Hillsboro OR 97123-3874

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**  *Donna Bagley*
(NASH) Donna Bagley

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD

CERT NO.: 15131772   CLIENT CODE: 00125626   (NASH) Sarah Ivy 12/31/2012 9:24:24 AM Page 1 of 1

Coletti Decl., Ex G
Page 9 of 10

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

1/1/2014

**DATE (MM/DD/YYYY)** 12/28/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | LOCKTON COMPANIES, LLC<br>5847 San Felipe, Suite 320<br>Houston TX 77057 | CONTACT NAME:<br>PHONE (A/C, No, Ext):   FAX (A/C, No):<br>E-MAIL ADDRESS: | | |
|---|---|---|---|---|
| | | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | | INSURER A: New Hampshire Insurance Company | | 23841 |
| INSURED | Corizon Health, Inc. | INSURER B: Insurance Company of the State of PA | | 19429 |
| 1359399 | 105 Westpark Drive, Suite 200<br>Brentwood TN 37027 | INSURER C: | | |
| | | INSURER D: | | |
| | | INSURER E: | | |
| | | INSURER F: | | |

**COVERAGES    CERTIFICATE NUMBER: 12121880    REVISION NUMBER: XXXXXXX**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE ☐ OCCUR | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY ☐ PRO-JECT ☐ LOC ☐ | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS  SCHEDULED AUTOS<br>HIRED AUTOS  NON-OWNED AUTOS | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**  OCCUR<br>**EXCESS LIAB**  CLAIMS-MADE<br>DED ☐ RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | | $ |
| A<br>A<br>A<br>B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N ☐ N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | Y | 015684268 (AOS)<br>015684267 (CA)<br>015684266 (FL)<br>069862871 (Stop Gap) | 1/1/2013<br>1/1/2013<br>1/1/2013<br>1/1/2013 | 1/1/2014<br>1/1/2014<br>1/1/2014<br>1/1/2014 | X WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
WAIVER OF SUBROGATION IS GRANTED IN FAVOR OF CERTIFICATE HOLDER WHERE AND TO THE EXTENT REQUIRED BY WRITTEN CONTRACT WHERE PERMISSIBLE BY LAW.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 12121880<br>Washington County Jail<br>215 SW Adams Avenue MS.#33<br>Hillsboro OR 97123-3874 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>**AUTHORIZED REPRESENTATIVE**<br><br>*[signature]* |

ACORD 25 (2010/05)    © 1988-2010 ACORD CORPORATION. All rights reserved
The ACORD name and logo are registered marks of ACORD

Coletti Decl., Ex G
Page 10 of 10