| Claimant Name | Incident Date | Incident State | Primary Injury | Current Venue | Docket Num |
|---|---|---|---|---|---|
| WARREN, CARNELL ESTATE | 1/16/2010 | MI | Death | USDC Western Michigan (Luce County Circuit Court) | 12cv00013 (13-5751 9/23/13) |
| CORNELIUS, JOSHUA | 1/20/2010 | FL | Death | 19TH JUDICIAL CIRCUIT FOR ST LUCIE COUNTY, FLORIDA | 562011CA003476 |
| WOYCENKO, MARIANGELA | 4/13/2010 | FL | Death | US District Court, Southern District of Florida | 2:12-cv-15155 |
| HARRISON, MARTIN | 8/16/2010 | CA | Death | US District Court, Northern District of Calif. | C11-02868 |
| JAQUEZ, BERNADETTE | 10/12/2010 | CO | Death | District Court for Adams County | 2012CV818 |
| MCGEE, JOHN WAYNE | 11/27/2010 | CA | Death | US District Court, Northern District of Calif. | C12-4286 |
| CASTRO AGUIRRE, JULIO | 12/12/2010 | KS | Death | KS District Court | 2:12-cv-02752-JWL-KGG |
| LEWIS, WILLIAM | 12/15/2010 | GA | Death | State Court of Fulton County | 12EV016330A |
| TORRES, RICHARD | 1/3/2011 | PA | Death | USDC Eastern PA | 12cv07250 |
| ARTINO, DOMINIC | 4/7/2011 | CO | Death | District Court, Adams County | |
| STEPHENS, JAMES | 5/20/2011 | PA | Death | USDC Eastern PA | 13cv02743 |
| STILES, STEPHEN | 5/31/2011 | MI | Death | Kent County Circuit Court & USDC Western MI | 16-00859NH & 13cv00478 |
| MARSHALL, DENEAN | 8/21/2011 | PA | Death | USDC Eastern PA (Philadelphia County CCP) | 13cv4784 (13-0303727 dismissed 8/23/13) |
| WARD, ANDRE | 11/28/2011 | OR | Death | US District Court For the District of Oregon | 3:13-cv-02087-AC |
| BRYAN, DANNY | 2/1/2012 | MO | Death | Circuit Court, McDonald County, MO | 14MC-CV00083 |
| MCKNIGHT, ANTHONY | 2/3/2012 | FL | Death | State circuit ct 10th judicial circuit | 2013-CA-004007 |
| COLEMAN, PHILEMON | 2/6/2012 | AL | Death | Circuit of Jefferson Cty, AL /changed to 2:13-cv-00417-JHE | CV201390008400 changed to US District Northern District of ALabama, Southern Division |
| WALLACE, JOSEPH | 3/14/2012 | PA | Death | Philadelphia County CCP | Jan 2013-000318 |
| SPARKS, SAVANNAH | 4/12/2012 | KY | Death | Jefferson Circuit Court KY | 13-CI-01848 |
| WOOD, RACHAEL | 4/13/2012 | IN | Death | IDOI and state court case Marion County, IN | 1014314 IDOI and 49DO5141CT0011478 |
| MCKINNEY, JEFFREY | 5/22/2012 | KY | Death | US District | 5:12-cv-00360-KKC Eastern Division at Lexington --- 6th circuit court of appeals 15-5744 |
| VINSON, MICHAEL | 5/25/2012 | MI | Death | US District Court - Eastern District of MI | 2:14-CV-11130-SFC-MJH |
| RAINEY, DARREN | 6/23/2012 | FL | Death | US District Court for the Southern District of Florida | 1:14-cv-24140-KMW |
| BROWN, JAMES | 7/14/2012 | TX | Death | District Court for County of El Paso | 2013DCV3057 |
| PORTER, LAKENYA | 7/21/2012 | KY | Death | Jefferson Circuit Court | 14-CV-001253 |
| FRANKLIN, KEITH | 8/7/2012 | MI | Death | USDC Eastern MI | 16cv13587 |
| GEORGE, SAMANTHA | 8/8/2012 | KY | Death | Ky State Circuit Ct Jefferson County | 13 CI 003896 |
| WILSON, RASHEM | 8/24/2012 | MD | Death | Prince George's County Circuit Court | CAL15-40171 (2015-263) |
| CROSS, KENNETH | 8/25/2012 | KY | Death | USDC Western Dist of KY Louisville Div; | 3:13CV-427-S |
| FANTACONE, RALPH | 9/11/2012 | AR | Death | | |
| CHAMBERLAIN, KENNETH | 12/6/2012 | IN | Death | Circuit Court of Madison Co | 48DO2-1311-CT-000219 |
| MCNEAL, WALTER | 12/7/2012 | TN | Death | District Court for the Western District of TN - Eastern Division | 11:13cv01316 |
| SMITH, REGINALD | 1/18/2013 | AR | Death | USDC - Eastern District of AR | 5:15-cv-00008-DPM |
| MCGEE, JERRY | 2/10/2013 | AR | Death | US District Court - Eastern District of Arkansas | 5:13CV00273KGB |
| GREEN, KELLY | 2/12/2013 | OR | Death | US District Court, District of Oregon | 6:13-cv-01855-TC |
| KANABAR, NISHMA | 3/27/2013 | AZ | Death | USDC Arizona (previously Maricopa County Superior Court) | 15cv01513 (CV2015-052872) |
| HENRIQUEZ, ANDY | 4/7/2013 | NY | Death | US Dist Court Southern Dist of NY | 1:13-cv-07391 |
| ANDERSON, JAMES | 4/26/2013 | FL | Death | Circuit Court for St. Lucie County, Florida | 562015CA000612 (ON) |
| AVILA, GILBERTO | 5/18/2013 | AZ | Death | USDC removed from Mohave County Superior Court | 14cv08124 (S-8015-CV-2014-00505) |
| JOHNSON, MARK | 5/23/2013 | NY | Death | US Dist Court Southern Dist of NY (Foley Square) | 1:14-cv-03838 |
| AKERS, VICTOR | 5/29/2013 | FL | Death | Circuit Court, 20th Judicial Circuit for Charlotte County | 15-001267-CA |
| BOYKIN, KYLE | 6/10/2013 | MI | Death | USDC Western MI | 15CV00119 |
| JONES, JOSEPH | 7/7/2013 | MO | Death | USDC - Eastern District of MO | 4:15-cv-00346-RWS |
| OSBORNE, ROY | 7/31/2013 | NV | Death | District Court for Clark County, NV | A-15-722895-C |
| EMERSON, MATTHEW | 8/2/2013 | IN | Death | Laporte Superior Court No.2 | 46D02-1404-CT-00699 |
| BALLARD, BRADLEY | 9/4/2013 | NY | Death | USDC Southern Dist of NY (Foley Square) | 1:14-cv-07329 |
| SOLIS, APOLINAR | 10/18/2013 | NY | Death | Supreme Court of State of NY County of NY | 150552/2015 |
| POLSTON, DANNY | 10/18/2013 | FL | Death | US District Court, Northern District of Florida, Jacksonville Div | 3:13-cv-00081-MMH-PDB |
| BROWN, DOUGLAS | 10/19/2013 | GA | Death | State Court of Dekalb County | 15A57351E1 |
| MOSLEY, ANDRE | 10/25/2013 | MO | Death | USDC - Eastern District of MO | 4:14-cv-01688-TIA |
| YELLARDY, SAMAH | 11/7/2013 | VA | Death | Eastern Distr of VA Richmond | 3:15-CV-664 |
| BONNER, LAMONT | 11/13/2013 | PA | Death | USDC Western PA | 15mc02025 |
| TINSLEY, MARK | 11/15/2013 | AL | Death | USDC - Northern District of AL | 5:14-cv-02181-CLS |
| JOHNSON, LANDER | 11/27/2013 | IN | Death | MADISON CIRCUIT COURT NUMBER 3, ANDERSON, IN | 48C03-1503-CT-36 |
| BARELA, JOSEPH | 12/2/2013 | NM | Death | 2nd Judicial District, County of Bernalillo | D-202-CV-2015-08460 |
| RUSHING, BRANDY | 2/7/2014 | MO | Death | Circuit Court of Audrain County | 17AU-CC00023 |
| COLELLA, MARY | 3/4/2014 | PA | Death | Philadelphia Court of Common Pleas | 2015-03480 |
| PRICE, JACOB | 3/5/2014 | AZ | Death | Maricopa County Superior Court | CV2015-003825 |
| AKENS, MICHAEL | 3/6/2014 | IN | Death | US District Court South Dist Indiana | 15-cv-00815 SEB-DML (formerly in 9D05 15 05 CT 014556 Marion Superior Cour |
| LONG, NICHOLAS | 3/12/2014 | AZ | Death | Maricopa County Superior Court | CV2016-007692 |
| PITKIN, MADELINE | 4/24/2014 | OR | Death | US District Court, District of Oregon (Portland Division) | 3:16-cv-02235-AA |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Coletti Decl., Ex K
1 of 1
CORIZON007174