**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Nathan D. Sramek**, OSB #140173
Email: nsramek@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

 Attorneys for Defendants Corizon Health, Inc., Joseph
 McCarthy, MD, Colin Storz, Leslie O'Neil, CJ Buchanan,
 Louisa Duru, Molly Johnson, and Courtney Nyman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN**, Co-Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br> Plaintiffs,<br><br> vs.<br><br> **CORIZON HEALTH, INC.**, a Delaware Corporation; **CORIZON HEALTH, INC.**, a Tennessee Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE ONEIL**, an individual; **CJ BUCHANAN**, an individual; **LOUISA DURU**, an individual; **MOLLY JOHNSON**, an individual; **COURTNEY NYMAN**, an individual; **PAT GARRETT**, in his capacity as Sheriff for Washington County; **JOHN DOES 1-10**; and, **JANE DOES 1-10**,<br><br> Defendants. | Case No. 3:16-cv-02235-AA<br><br>CORIZON HEALTH, INC.'S RESPONSE TO PLAINTIFFS' THIRD REQUEST FOR PRODUCTION |

Page 1 - CORIZON HEALTH, INC.'S RESPONSE TO
 PLAINTIFFS' THIRD REQUEST FOR PRODUCTION

PDX\128493\204567\KEK\21428791.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Coletti Decl., Ex L
1 of 3

## RESPONSES TO REQUESTS FOR PRODUCTION

**Request for Production No. 56:**  A complete copy of all depositions and related exhibits taken in the case of Derek Johnson, Personal Representative of Kelley Conrad Green II, deceased; Kelley Conrad Green; and Sandy Pulver v. Corizon Health Care, Inc., et al., civil action no. 6:13-CV-01855-TC.

**Response:**  Corizon Defendants object to this request as it seeks documents irrelevant to the facts of this case and is overbroad because the scope of the request far exceeds the needs of this case.  Most of the depositions sought are fact-specific and relate to an event that occurred in a different county jail involving a different inmate who was treated for a different condition (unrelated to opiate detoxification) by different people.  Further, these Defendants have reason to believe that many (if not all) of these documents are already in the possession of Plaintiffs.

**Request for Production No. 57:**  A complete copy of all correspondence from defendant Washington County regarding the quality of care provided at the Washington County Jail by Prison Health Systems and/or Corizon, including any complaints or concerns regarding the provision of medical care at Washington County Jail.

**Response:** To the extent that such documentation exists and is otherwise discoverable, these Defendants will produce.  As of this date, we have not located any such documents, but the search is continuing.

**Request for Production No. 58:**  A complete copy of all documentation within the defendants' possession relating to the investigation by the Oregon State Board of Nursing into Cheryl Buchanan, Molly Johnson, and other Corizon employees, relating to the death of Madaline Pitkin.  This Request is intended to include, but is not limited to, all correspondence from the defendants to the Oregon State Board of Nursing, including any complaints filed by the

Page 2 -    CORIZON'S RESPONSE TO PLAINTIFF'S THIRD
REQUEST FOR PRODUCTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\204567\KEK\21428791.1

Coletti Decl., Ex L
2 of 3

defendants with the Oregon State Board of Nursing as well as any correspondence from the

Oregon State Board of Nursing or the Corizon employees under investigation.

**Response:** Corizon Defendants object to this request as calling for production of

documents that are protected by Oregon statute and which are not subject to production or

admission in a civil proceeding.  See ORS 678.128.

**Request for Production No. 59:**  Complete copies of all correspondence and

documentation between the defendants related to the death of Madaline Pitkin.

**Response:**  To the extent that such documentation exists and is not protected by the

attorney client privilege and/or the work product doctrine, these documents will be produced.

**Request for Production No. 60:**  Complete copies of the email attachments for the

following emails, which were reviewed by Debbie Fye prior to her deposition:

> CORIZON005886, CORIZON005887, CORIZON006904, CORIZON006907,
> CORIZON006878, CORIZON006965, CORIZON006944, CORIZON006945,
> CORIZON006899, CORIZON006902, CORIZON006903, CORIZON006963, document
> entitled NET Review 2014.SLSX referenced in CORIZON007042 & CORIZON007043,
> SAW training provided for nursing as referenced in CORIZON007075 &
> CORIZON007071, CORIZON007051, form attached by Debbie Fye's email referenced
> in CORIZON007050, CORIZON006890, CORIZON006892, Corrective Action Plan for
> Leslie O'Neil referenced in CORIZON006972, Reports dated 5/27/14 and 5/29/14
> referred to by Tim Ives in CORIZON005967, documents referenced in
> CORIZON005968, Statistics report referenced in CORIZON005888, Supervision
> regulations referenced in CORIZON005549, all final written warning letters referenced
> by Debbie Fye and Mandy Forsmann in CORIZON005548 & CORIZON007011, final
> review referenced in CORIZON007010, summary of site visit referenced in
> CORIZON005823, site visit summary from 10/28/14 – 10/30/14 referenced in
> CORIZON005884, Audit notes referenced in CORIZON005551, documents attached to
> CORIZON005550, draft response to the Pamplin Media Group referenced in
> CORIZON007136, copy of Commander Lenahan's letter referenced in
> CORIZON007139, and document attached to CORIZON007142.

**Response:**  Corizon defendants object to this request to the extent it attempts to

characterize the requested attachments as having been reviewed by Debbie Fye prior to her

deposition.  Without waiving this objection and subject to it, the requested attachments are being

Page 3 -    CORIZON'S RESPONSE TO PLAINTIFF'S THIRD
            REQUEST FOR PRODUCTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\204567\KEK\21428791.1

Coletti Decl., Ex L