# Deposition Of:
**Harold Orr, M.D.**

December 4, 2017

Russell Pitkin and Mary Pitkin
vs.
Corizon Health, Inc.; et al.

Case No.: 3:16-cv-02235-AA



SYNERGY LEGAL

LITIGATION SUPPORT SERVICES

**Harold Orr, M.D.**

```
 1   exactly when that patient is going to be released, if
 2   they ever are going to be released.  In jails, you
 3   never know when a person is leaving.  They come in one
 4   day, they are gone the next.  They come in one day,
 5   they are there for months.  It used to be that they
 6   were only there for 18 months, in Alameda county.  And
 7   then AB 109 passed, and now it says that -- this
 8   is -- do I need to -- I probably don't.
 9       Q.   I think I understand.
10       A.   Okay.
11       Q.   Can we agree that while they are at the jail,
12   the clinician is responsible for the patient until
13   they leave the jail?
14            MS. TALCOTT:  Object to the form.
15            THE WITNESS:  The clinician or clinicians
16   that are available at the site are responsible for the
17   clinical care rendered by physicians or midlevels.
18   BY MR. COLETTI:
19       Q.   Let's talk about opiate withdrawal.
20       A.   Okay.
21       Q.   Under what circumstances can opiate
22   withdrawal become lethal?
23            MS. TALCOTT:  Object to the form.
24            THE WITNESS:  Opiate withdrawal --
25            MS. TALCOTT:  Actually, Doctor, wait.
```

**Harold Orr, M.D.**

1        Are you asking him for his expert opinion or
2    just in his practice?  He's not an expert in this
3    case --
4        MR. COLETTI:  In his practice --
5    BY MR. COLETTI:
6        **Q.   What were you trained?**
7        A.   What was I trained about it?
8        **Q.   Yes.**
9        A.   There's a number of things that can happen,
10   where it would become lethal.  A person could go into
11   seizures, have intractable epilepsy, go into status
12   epilepticus; a person could have cardiac arrhythmias;
13   a person could go into kidney failure; a person could
14   go into heart failure.  It could precipitate certain
15   brain episodes.  It could precipitate possibility of
16   clot abnormalities.  There are a lot of things that
17   could potentially lead to an opiate withdrawal, right.
18       **Q.   What are the symptoms that cause the number**
19   **of diagnoses you just rattled off?  What causes those,**
20   **physiologically, with opiate withdrawal?**
21       MS. TALCOTT:  Object to the form.
22       THE WITNESS:  Symptoms don't cause.  Symptoms
23   are evidence of or signs of.  Let's take -- go from a
24   heart attack.  A person has got underlying heart
25   disease, the stress of going through withdrawals

**Harold Orr, M.D.**

1  triggers coronary things -- they have acute coronary
2  occlusion and they die of a massive heart attack.  Or
3  the stress of going through it causes an arrhythmia of
4  the heart, a fatal arrhythmia not sustainable with
5  life and they die.  It could be so many things.  A
6  person could have an infection that seeds off and goes
7  to the brain or whatever, and cause death.  A person
8  could go into -- be severely lacking fluids and could
9  go into kidney failure.  There are a lot of things
10 that can cascade to death, in opiate withdrawal.
11 BY MR. COLETTI:
12     Q.   Let's just talk in the context of -- let's
13 assume there's no cardiac history.  Okay?
14          If left untreated, how does dehydration lead
15 to death?
16          MS. TALCOTT:  Object to the form.
17          Go ahead.
18          THE WITNESS:  Now, we're talking in opiate
19 withdrawal, or are we talking about dehydration,
20 period?
21 BY MR. COLETTI:
22     Q.   Let's just talk opiate withdrawal.
23          MS. TALCOTT:  So dehydration --
24 BY MR. COLETTI:
25     Q.   Let's just -- what are the symptoms of opiate

Harold Orr, M.D.

1      THE WITNESS:  I think -- thinking that that
2  person requires a higher level of care, putting them
3  in the Medical Observation Unit, then there should be
4  some intended orders and/or expectations that she's
5  going to be monitored more closely.
6  BY MR. COLETTI:
7     Q.    If you've got a patient that you believe
8  requires a higher level of care, and you are unable to
9  obtain a blood pressure, you'd agree -- and I think
10 you have agreed -- that careful and timely assessments
11 are necessary?
12         MS. TALCOTT:  Object to the form.  Misstates
13 the evidence.
14         THE WITNESS:  Necessary and -- I mean, that,
15 to me -- what you just described?
16 BY MR. COLETTI:
17    Q.    Yes.
18    A.    That's a phone call.  That's, you know ...
19    Q.    What do you mean?
20    A.    That's -- send them to the ER -- send them to
21 the emergency room.
22    Q.    You wouldn't put them in the MOU?
23    A.    I would not.
24    Q.    That would be an emergency; correct?
25         MS. TALCOTT:  Object to the form.

**Harold Orr, M.D.**

```
 1   BY MR. COLETTI:
 2       Q.   Go ahead.
 3       A.   I have to see the patient, evaluate the
 4   patient, and just as you described, if I was there, in
 5   that room, and I've got a person I can't get a blood
 6   pressure on, then, you know, that person needs to go.
 7   BY MR. COLETTI:
 8       Q.   You would send them to the emergency room?
 9       A.   Right.
10       Q.   If you can't get a blood pressure on an arm,
11   can you get a blood pressure on an ankle?
12            MS. TALCOTT:  Object to the form.
13            THE WITNESS:  Yes, that's possible.
14   BY MR. COLETTI:
15       Q.   It's not like you have to disrobe them to
16   check the blood pressure on an ankle; correct?
17       A.   No, but it's -- what is -- again, I have to
18   be there with the patient.  What is your technique on
19   getting your blood pressure on that arm?
20       Q.   Sure.
21       A.   Because I can't get the blood pressure on the
22   arm, doesn't mean there's no blood pressure --
23       Q.   Sure.
24       A.   -- it just means, maybe my technique is bad.
25       Q.   Sure.
```

## Dehydration

- Dehydration left untreated may lead to death
- NET – nausea/vomiting
- I & O
- VS – q4hours
- Provider notification
- Suggest lytes/CBC
- House in medical
- IV bolus
- Weights
- Nursing assessment – NET-NET-NET



7

CORIZON007238



PLAINTIFF'S EXHIBIT 74

Exhibit 135, Page 7 of 9

## Nursing Judgment

- Nurses must always utilize their assessment and decision making skills
- HSA/DON – if staff is concerned about a pt – you need to have eyes on the pt
- Pts with abnormal VS – must have repeats scheduled
- Critical values – immediate action needed
- It is a nursing measure to order VS, weight, I & O



8

CORIZON007239

**Harold Orr, M.D.**

```
 1                  REPORTER'S CERTIFICATE
 2
 3              I, Suzanne Ricardo, a Certified
 4   Shorthand Reporter No. 13659, do hereby certify:
 5              That the foregoing proceedings were
 6   taken before me at the time and place herein set
 7   forth; that any witnesses in the foregoing
 8   proceedings, prior to testifying, were placed under
 9   oath; that a verbatim record of the proceedings was
10   made by me using machine shorthand which was
11   thereafter transcribed under my direction; further,
12   that the foregoing is an accurate transcription
13   thereof.
14              I further certify that I am neither
15   financially interested in the action nor a relative or
16   employee of any attorney of any of the parties.
17              IN WITNESS WHEREOF, I have hereunto
18   subscribed my name this 12th day of December, 2017.
19
20
21
22
23   _____
24              Suzanne Ricardo
25              CSR No. 13659
```