**Timothy J. Jones, OSB No. 890654**
Email: tim@timjonespc.com
**Tim Jones PC**
888 SW 5th Avenue, Suite 1100
Portland OR 97204
Phone: (503) 374-1414
Facsimile: (971) 925-9034

**John M. Coletti, OSB No. 942740**
Email: john@paulsoncoletti.com
**Paulson Coletti Trial Attorneys PC**
1022 NW Marshall Street, Suite 450
Portland, OR 97209
Phone: (503) 226-6361
Facsimile: (503) 226-6276

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN**, Co-Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>**CORIZON HEALTH, INC.**, a Delaware Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE O'NEIL**, an individual; **CJ BUCHANAN**, an individual; **LOUISA DURU**, an individual; **MOLLY JOHNSON**, an individual; **COURTNEY NYMAN**, | Case No. 3:16-cv-02235-AA<br><br>NOTICE TO CLERK OF COURT OF DEFENDANTS' OFFER AND PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT |

an individual; **JOHN DOES 1-10**, as they
relate to Corizon Health, Inc. only;
and **JANE DOES 1-10**, as they relate to
Corizon Health, Inc. only,

          Defendants.

TO:   Clerk of the Court.

      Pursuant to FRCP 68, on November 30, 2018, Defendants Corizon Health, Inc., Washington County, Joseph McCarthy, M.D., Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson, and Courtney Nyman served Plaintiffs Russell Pitkin and Mary Pitkin with an Offer of Judgment allowing judgment be entered against Defendants Corizon Health, Inc., Washington County, Joseph McCarthy, M.D., Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson, and Courtney Nyman, in favor of plaintiffs in the amount of Ten Million Dollars ($10,000,000). This amount is inclusive of attorney fees and costs, and is for all claims asserted in the First Amended Complaint. On December 5, 2018, Plaintiffs Russell Pitkin and Mary Pitkin accepted the Offer of Judgment by service on defendants of a Notice of Acceptance of Defendants' Offer of Judgment. Attached hereto and by reference incorporated herein as Exhibits A and B, respectively, are copies of Defendants' Offer of Judgment and Plaintiffs' Notice of Acceptance of Defendants' Offer of Judgment, with proof of service.

      Pursuant to FRCP 68(a), Plaintiffs Russell Pitkin and Mary Pitkin request the Clerk of the Court enter judgment in favor of Plaintiffs Russell Pitkin and Mary Pitkin and against Defendants Corizon Health, Inc., Washington County, Joseph McCarthy, M.D., Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson, and Courtney Nyman, in the amount

of Ten Million Dollars ($10,000,000).

Dated this 5th day of December, 2018.

                TIM JONES PC

                By: s/ *Timothy J. Jones*
                Timothy J. Jones, OSB No. 890654
                tim@timjonespc.com
                888 SW 5th Avenue, Suite 1100
                Portland OR 97204

                PAULSON COLETTI TRIAL ATTORNEYS PC

                By: */s/John M. Coletti*
                John M. Coletti, OSB No. 942740
                john@paulsoncoletti.com
                1022 NW Marshall Street, Suite 450
                Portland, OR 97209

                    Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing NOTICE TO CLERK OF COURT OF DEFENDANTS' OFFER AND PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT on the following attorneys on the date noted below via the following method:

Vicki M. Smith
Jamie T. Azevedo
Bodyfelt Mount LLP
319 SW Washington Street, Suite 1200
Portland, OR 97204
Email: smith@bodyfeltmount.com
      azevedo@bodyfeltmount.com
 Attorneys for Defendants Washington County

Richard K. Hansen
Anne M. Talcott
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave., Suite 1900
Portland, OR   97204
Email: rhansen@schwabe.com
      atalcott@schwabe.com
      Of Attorneys for Defendants Corizon Health, Inc., Joseph McCarthy, M.D., Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson and Courtney Nyman

Method:   CM/ECF Electronic Service and US Postal Service, First-Class.

Dated this 5th day of December, 2018.

/*s/ Timothy J. Jones*
Timothy J. Jones, OSB No. 890654
Email: tim@timjonespc.com
Phone: (503) 374-1414
Fax: (971) 925-9034
Of Attorneys for Plaintiffs