IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUSSELL PITKIN and MARY PITKIN, co-personal representatives of the Estate of MADALINE PITKIN, deceased,

    Plaintiffs,

v.

CORIZON HEALTH, INC., a Delaware Corporation; CORIZON HEALTH, INC., a Tennessee Corporation; WASHINGTON COUNTY, a governmental body in the State of Oregon; JOSEPH MCCARTHY, MD, an individual; COLIN STORZ, an individual; LESLIE ONEIL, an individual; CJ BUCHANAN, an individual; LOUISA DURU, an individual; MOLLY JOHNSON, an individual; COURTNEY NYMAN, an individual; PAT GARRETT, in his capacity as Sheriff for Washington County; JOHN DOES 1-10; and JANE DOES 1-10,

    Defendants.

Civ. No. 3:16-cv-02235-AA

JUDGMENT

AIKEN, Judge:

    Judgment is entered in favor of Plaintiffs Russell Pitkin and Mary Pitkin and against Defendants Corizon Health, Inc., Washington County, Joseph McCarthy, M.D., Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson, and Courtney Nyman, in the amount of Ten Million Dollars ($10,000,000).

1 –JUDGMENT

IT IS SO ORDERED.

DATED this 5th day of December, 2018.

_____
Ann L. Aiken
United States District Judge

2 –JUDGMENT