IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUSSELL PITKIN** and **MARY PITKIN**, Co-Personal Representatives of the Estate of **MADALINE PITKIN**, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>**CORIZON HEALTH, INC.**, a Delaware Corporation; **WASHINGTON COUNTY**, a government body in the State of Oregon; **JOSEPH MCCARTHY, MD**, an individual; **COLIN STORZ**, an individual; **LESLIE ONEIL**, an individual; **CJ BUCHANAN**, an individual; **LOUISA DURU**, an individual; **MOLLY JOHNSON**, an individual; **COURTNEY NYMAN**, an individual,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-02235-AA<br><br>**FULL SATISFACTION OF JUDGMENT** |

Page 1 -   FULL SATISFACTION OF JUDGMENT

Plaintiffs Russell Pitkin and Mary Pitkin, co-personal representatives of the Estate of Madaline Pitkin, deceased, by and through their counsel, Timothy J. Jones, hereby acknowledge full satisfaction of Judgment entered in the above-entitled cause on December 5, 2018, against Defendants Corizon Health Inc., Washington County, Joseph McCarthy, MD, Colin Storz, Leslie O'Neil, CJ Buchanan, Louisa Duru, Molly Johnson and Courtney Nyman, and each of them, for the reason that said judgment has been fully paid and satisfied. The Clerk of the Court is authorized to enter this Satisfaction forthwith.

Dated this 4th day of March, 2019

Respectfully submitted,

By:  */s/ Timothy J. Jones*
Timothy J. Jones, Esq.
Tim Jones PC
707 SW Washington Street, Suite 600
Portland, OR 97205
Email: tim@timjonespc.com

John M. Coletti
Paulson Coletti
1022 NW Marshall St Ste 450
Portland OR 97209
Email: john@paulsoncoletti.com

*Attorneys for Plaintiffs Russell Pitkin and Mary Pitkin, Co-Personal Representatives of the Estate of Madaline Pitkin, deceased*

Page 2 -    FULL SATISFACTION OF JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981